value. Judgment affirmed in accordance with Rules 30.25(b) and 84.16(b).

STATE of Missouri, Respondent,

v.

Darrion GUTHRIE, Appellant.

Darrion GUTHRIE, Movant–Appellant,

v.

STATE of Missouri, Respondent.

Nos. 67851, 71663.

Missouri Court of Appeals,
Eastern District,
Division Four.

June 10, 1997.

Gwenda R. Robinson, Asst. Public Defender, St. Louis, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, David R. Truman, Assistant Attorney General, Jefferson City, for Respondent.

Before RHODES RUSSELL, P.J., and SIMON and KAROHL, JJ.

### ORDER

PER CURIAM.

Movant appeals after sentencing on charge of rape, § 566.060 RSMo Cum.Supp.1992, and denial of his Rule 29.15 motion for post conviction relief without an evidentiary hearing. The direct appeal issues are without merit. The findings and conclusions of the motion court are not clearly erroneous. An extended opinion would have no precedential

STATE of Missouri, Plaintiff/Respondent,

v.

Eddie Lee DOUGLAS,
Defendant/Appellant.

Eddie Lee DOUGLAS, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

Nos. 68122, 70366.

Missouri Court of Appeals,
Eastern District,
Division One.

June 10, 1997.

David L. Simpson, Columbia, Robert Steele, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lisa A. Fischer, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before DOWD, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

### ORDER

PER CURIAM.

Defendant appeals after he was convicted by a jury of one count of receiving stolen property, § 570.080, RSMo 1986, and one count of altering or removing item numbers, § 570.085, RSMo 1986. The court found Defendant to be a prior offender and sentenced him to a seven-year prison term for receiving stolen property and a concurrent five-year term for altering or removing item numbers. Both sentences were ordered to run consecu-

tively to Defendant's prior unrelated sentence. Defendant also appeals the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. We affirm.

We have reviewed the record and find the claims of error are without merit; the judgment of the motion court is based on findings of fact that are not clearly erroneous. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rules 30.25(b) and 84.16(b).